3/14/19

SCANNED
and Emailed
3/15/19   CW   45 pages
date   initials   No.

# COVER

# SHEET

## Time Sensitive

#233397

Rev. Howard W. Cosby
MWCI
1153 East St South
Suffield, CT. 06080

P-11

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining]
Rev. Howard W. Cosby

_____

_____

_____

_____

_____

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing.   If you do not know a name, write "John Doe" or "Jane Doe."   Include the defendant's rank or title if you know it.]

RN Supervisor Tawana,ADA Coordinator Hall
~~RHU Manager Paton,CO Bushnell,CO Robinson,~~
CO Landrie,Warden Mulligan,RHU Counselor Grant,
CO ~~Lugo,CO France,CO Harris,LT.~~ Jazmin,LT.Rivera,
LT. Mihaliak,LT.John Doe,LT.John Doe,CO Gardiner,
CO Thomaiassin,CO Sullivan,CO Beartrand,RN Gloria,
RN Shawna,RN Jane Doe,RN John Doe,RN Joe,CO John Doe,
CO John Doe,CO John Doe,CO John Doe,CO John Doe,
CO ~~John Doe,CO John Doe,CO John Doe,~~CO John Doe,
CO John Doe,CO John Doe,CO John Doe,CO John Doe,
CO ~~John Doe,CO John Doe,CO John Doe,C~~O John Doe,

Complete every section and **SIGN THE LAST PAGE.**

*Revised 4/13/18*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff  Rev. Howard W. Cosby
   a. Full Name:

   b. Inmate Number: #233397

   c. Correctional facility: Mcdougal CI

2. Second Plaintiff
   a. Full Name:

   b. Inmate Number:

   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant  RN Supervisor Tawana
   a. Full Name:

*Revised 4/13/18*

2

    b.    Rank or Title: RN Supervisor

    c.    Workplace: Mcdougal CI

2. Second Defendant ADA Coordinator Hall
    a.    Full Name:

    b.    Rank or Title: ADA Coordinator Hall

    c.    Workplace: Mcdougal CI

3. Third Defendant
    a.    Full Name: RHU Manager Paton

    b.    Rank or Title: RHU Manager Paton

    c.    Workplace: Mcdougal CI

4. Fourth Defendant
    a.    Full Name: CO Bushnell

    b.    Rank or Title: CO

    c.    Workplace: Mcdougal CI

5. Fifth Defendant
    a.    Full Name: CO Robinson

    b.    Rank or Title: CO

    c.    Workplace: Mcdougal CI

6. Sixth Defendant
    a.    Full Name: CO Landrie

    b.    Rank or Title: CO

    c.    Workplace: Mcdougal CI

## D. REASON FOR COMPLAINT

**WARNING:   Contact Inmate Legal Aid Program.   Common mistakes can get your**
*Revised 4/13/18*

3

7.   Seventh Defendant
a. Warden Mulligan
b. Warden
c. Mcdougal CI

8.   Eighth Defendant
a. RHU Counselor Grant
b. Counselor
c. Mcdougal CI

9.   Ninth Defendant
a. CO Lugo
b. CO
c. Mcdougal CI

10.  Tenth Defendant
a. CO France
b. CO
c. Mcdougal CI

11.  Eleventh Defendant
a. CO Harris
b. CO
c. Mcdougal CI

12.  Twelfth Defendant
a. LT. Jazmin
b. LT.
c. Mcdougal CI

13.  Thirteenth Defendant
a. LT. Rivera
b. LT.
c. Mcdougal CI

14.  Fourteenth Defendant
a. LT. Mihaliak
b. LT.
c. Mcdougal CI

15.  Fifteenth Defendant
a. LT. John Doe
b. LT.
c. Mcdougal CI

16.  Sixteenth Defendant
a. LT. John Doe
b. LT.
c. Mcdougal CI

17.  Seventeenth Defendant
a. CO Gardiner
b. CO
c. Mcdougal CI

18.  Eighteenth Defendant
a. CO Thomaiassin
b. CO
c. Mcdougal CI

19.  Ninteenth Defendant
a. CO Sullivan
b. CO
c. Mcdougal CI

20.  Twentieth Defendant
a. CO Beartrand
b. CO
c. Mcdougal CI

21.  Twenty First Defendant
a. RN Gloria
b. RN
c. Mcdougal CI

22.  Twenty second Defendant
a. RN Shawna
b. RN
c. Mcdougal CI

23.  Twenty third Defendant
a. RN Jane Doe
b. RN
c. Mcdougal CI

24.  Twenty fourth Defendant
a. RN John Doe
b. RN
c. Mcdougal CI

25.  Twenty fifth Defendant
a. RN Joe
b. RN
c. Mcdougal CI

26. Twenty sixth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

27. Twenty seventh Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

28. Twenty eighth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

29. Twenty ninth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

30. Thirtieth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

31. Thirty first Defendant
   a. CO John Doe
   b. CO
   c. Mcdougal CI

32. Thirty second Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

33. Thirty third Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

34. Thirty fourth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

35. Thirty fifth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

36. Thirty sixth Defendant
   a. CO John Doe
   b. CO
   c. Mcdougal CI

37. Thirty seventh Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

38. Thirty eith Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

39. Thirty ninth Defendant
   a. CO John Doe
   b. CO
   c. Mcdougal CI

40. Fourtieth Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

41. Fourty first Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

42. Fourty Second Defendant
   a. CO John Doe
   b. CO
   c. mcdougal CI

**case dismissed as frivolous or for failure to state a good legal claim.**   If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis.   To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing.   If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago:   If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved:   You can generally only sue defendants who were directly involved in harming you.   In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages:   You generally cannot sue the following people and entities for money damages:   the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process).   If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.   If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison.   If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.   See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case.   The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.   Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint.   If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every
*Revised 4/13/18*

STATEMENT OF CASE.

On 12-18-18 MWCI Co's Harris, and France Lied and Said I threatened an inmate they put in the cell with me. And I was sent to RHU with DR's.

Please see my Attatched Declaration dated 3/14/19. ⟶ over Please.

1.

DECLARATION

3/14/19

DECLARATION OF
REV. HOWARD W. COSBY

Rev. Howard W. Cosby hereby declares:

On 12/18/19 custody attempted to place an inmate in my cell.
Said inmate notified c/o Harris, and c/o France that he had
a bottom bunk pass, and that I previously notified c/o France
of my written permission from ADA Capt. Hall to choose a com-
patible celly due to my Disability Needs.

C/o France approached my cell, and I reminded him of said per-
mission. The inmate argued with him concerning his bottom bunk
pass, and my disabilitys.

Then c/o Harris approaches, and the above mentioned is relayed
to him by the inmate and myself. I offered to show Mr. Harris
my permission from ADA Ms. Hall, and also informed him that he
would be jeprodizing my safety, and security by placing the in-
mate in my cell. Mr. Harris responded by saying, and I quote,
"Fuck it, fight!" and told the inmate to enter my cell.

Please Note: That before Harris closed the inmate in the cell
with me, the inmate was motioning to them with his hands about
all the stuff in my cell, as he said he didnt want to burden me.

Eventually my cell was opened for 6:30pm recreation, and me and
the inmate exited the cell.

I then had c/o France open the legal room so I could get some
work done.I also told him that he and the other officer were
wrong. Mr. France responded by saying he was just following or-
ders.

The other inmate followed me into the legal room wanting to fight
me. I talked him down,he left, and I went to the bubble and asked
c/o France to call the LT. for me. He said ok.

Eventually LT. Jazmin arrived. I approached the bubble and asked
to speak with him. I explained all of the above to him. His resp
sponse to me was that I had no such permission from ADA Ms. Hall.
I then offered to show it to him, but he refused to acknowledge
it.

On the way to RHU, AN OFFICER wheels my right leg and foot under my wheelchair, and injures it. I yelled out in pain and notified all custody that were present.

Instead of bringing me to the medical unit, Lt. Jazmin has me be brought to RHU. Although RN Joe was already in RHU, Lt. Jazmin didnt notify him of my injured right foot. I did.

As I complained about having done nothing wrong, Lt. Jazmin had two officers physically stand me up on my disabled left foot,and recently injured right foot. I yelled out in pain. RN Joe and at least 20 or so other officers just stood there and watched. I notified RN Joe, Lt. Jazmin, Lt. Rivera, and all other custody and staff present that it was wrong for them to stand by and watch me be abused.

I notified Lt. Jazmin, another Lt., and the officers stripping me that I could keep my Buddhist Rosary. But they took it and never returned it. RN Joe, and all the other custody staff present just stood there, and didnt intervene on my behalf. I notified them all that they were wrong.

Lt. Jazmin had my shoe laces removed by the officers who stripped me. I told them all that I needed the shoe laces for support, and that I needed them to stablize my plastic orthotic device for my left handicapped foot. But they took them, and never gave them back. I informed them that they were wrong. And I told all the other custody staff present that they were wrong for not helping me, being that they have ADA Training.

Before I was put in RHU 3 cellI asked Lt. Jazmin, RN Joe, and all custody present for all of my needed Disability Aides, but I never recieved them. The Aides I requested were my wheelchair, walker, knee braces, ankle braces, ortho shoes, compression sox, back binder, diapers, urinal, shoe laces.

RN Joe told me that he looked in my Med Charts, and that I had no passes or approval for, or Doctors permission Orders for my Aides in RHU. I told Lt. Jazmin I had the medical approval in my Med Charts also, but to no avail.

I also requested from RN Joe, Lt. Jazmin, and all custody staff present a Handicapped Accessible cell and shower. But they wouldnt provide them to me.

RN Joe had my sprained right foot X-Rayed, gave me an ice pack, and motrin I think then left me in the RHU cell Imobile, and with out my needed wheelchair, and other Medical Aides. Also with my right foot injured.

Eventually on the same night of 12/18/18 while struggling to get to the toilet to urinate, my plastic orthodic slipped out of my shoe, and being unable to bare my body weight on my injured right foot, I fell to the floor.

In the fall my head, back, and ankles were injured. My right foot being injured further.

Dazed, I yelled for custody to help. Eventually I heard co Gerris h Gerrish identify himself a few feet from my door. He said he would call medical, but he didnt call medical. So I kept yelling for help, and wiggling my fingers under the cell door. But the unit cos wouldnt help. They kept doing tours as I yelled for help , and wiggled my fingers under my cell door to get their attentio n. I even heard co Lugo go up the stairs in front of my cell as I yelled for help. But even he wouldnt help me. Eventually I saw a light, and woke up in the infirmary.

An attending RN told me I was unconscious, and that an on-call do doctor had me put in the infirmary room.

The morning of 12/19/18 I spoke with ADA Coordinator Ms. Hall,and told her all that had happened. I asked her to make sure I receiv ceived my neeeded wheelchair, and the rest of my needed medical aides in RHU. With a handicapped accessible cell, and shower.But she never did. I also sent her a request dated 12/20/18 remind- ing her but she never responded.

The same morning of 12/19/18 a doctor came to see me, and I told him of my fall and injuries. I told him that I couldnt move my back much, and that my back and head were in much pain. He said he wasnt my doctor, and hell see me on 12/23/18. I asked him for x-rays, and an examination, and all my aides in RHU,but he woukd nt help. I told him I had med passes and doctors orders

On 12/19/18 second shift, Lt. Mihaliak stated in front of my infi firmary room that he felt like killing me. He said this in front of my room to other officers. Room #7.

Mihaliak, and the other officers came into my room to bring me to RHU. I told them that I was handicapped, badly injured, and haven t had x-rays or an doctors examination yet. Mihaliak said he didn t care. And befto Iithen said 1 female RN, and 1 male RN all of the above, but they still let Mihaliak and the other officers put me in RHU.

I told Mihaliak and the officers that they were wrong, and risked injuring me further by moving me. Lt. Mihaliak said that he didnt care. Another officer asked Mihaliak if he wanted the video re- corder. Mihaliak said,"~~Fuck~~ the camera!".

"F__K!

3

At Mihaliaks order, the officers physically picked me up further injuring my back in the process, and put me in my wheelchair.They brought me back to RHU cell 3. I asked them for my wheelchair, walker, compression sox, diapers, ankle braces, ortho shoes, shoe laces, back binder, plastic orthodics, sneakers with the laces, but to no avail.

At Lt. Mihaliaks order, co Gardiner, and other officers carried m e hands and feet into the cell, intentionally slamed my head into the steel bunk ladder, and threw me on the bunk.Uncuffed me and then left.

Lt. Mihaliak, and co Gardiner I believe, came back to my cell as I layed with my head off the edge of the bunk, at the window side of the bunk,my sneakers without the laces were dropped in to the cell. And Lt. Mihaliak threw my walker accross the cell like a rocket from the doorway injuring me in the head. Instinctively I put up my left arm to protect my head and my left arm was badly bruised also. Further. Black and blue.

Medical and custody refused to help though I complained. I greive d all the issues contained in this complaint, but to no avail. I spoke to and wrote to RHU counselor Grant, RHU Manager Paton,ADA Coordinator Hall about all these things asking for help, but to no avail. I also wrote to Warden Mulligan for help concerning these complaints also, but to no avail.I even told two MH work-ers.

Here are some of the names that I can recall who refused me the totality of my needed disability aides,and handicapp accessible showers and cell: RN Supervisor Tawana, ADA Coordinator Hall,RHU Manager Paton, co Bushnell, co Robinson, co Landrie, Warden Mul-ligan, RHU Counselor Grant, Lt. Mihaliak, Lt. Rivera, co Gardiner , RN Joe, RN Gloria, RN Shawna, co Ms. Thomaiassin, co Sullivan, co Beartrand, LT. Jazmin, co Orr, co Tower, . Im going to need to conduct Discovery to learn the names, and identitys of all the other custody and medical staff who violated my Rights regarding this Federal Complaint. If its ok with Your Honor?

On 12/24/18 co Kendokobo let me out of my cell to use a bathroom in another cell because my toilet in RHU 3 cell was plugged up, a and unusable since 12/21/18 at night. At one point an inmate plum ber fixed my toilet, but within minutes it was clogged again.

On 12/25/18 co Fountain let me use another toilet. I told him abo bout my injuries, and about how medical and custody wouldnt help me. On the way back to my 3cell, I showed Fountain how the RHU shower is non-handicapp accessable and a danger to me. And that Im disabled. I told him no one would give me a handicapp show-er since 12/18/18.

4

On 12/26/18 I asked co Orr, and co Tower to let me use a toilet and to call medical for me due to pain for my injuries. And I told them that I needed my disability aides. But they ignored my complaints and requests.

Also on 12/26/18 I complained to co Watson, and Lt. Fleming that I was being denied handicapp accessable showers. They then gave me one. Which was the only one I received in the 17 days I was wrongly housed in RHU. They also removed over half a dozen old trays from my cell after I informed them that custody was refusing to throw out my trash.

In the am on 12/27/18 I told RHU Teir Man and custody staff that water was pouring from my toilet flooding the cell. The Teir Man confirmed. Teir Man aked custody to call plumber. Also co Joe, co Joyal and MHU called plumber for me.

Plumbers came, looked in my cell,and went upstairs because when upstairs flushed their toilets, my cell and others flooded down stairs. It took a while for plumbers to fix the toilet system. The Teir Man and plumbers cleaned up the water from the hallway and other cells, but never cleaned/mopped up the flood in my cell. Although they kept looking in my cell at the floor before they left.

On 12/27/18 on second shift I was complaining to co Gardiner, and Lt. Mihaliak about my flooded cell, but they ignored me and refused to have all the water, feces, urin,and toilet paper cleaned up from my cell floor, due to the other cells upstairs flooding their toilets.

Eventually I fell injuring myself in the fall.I slipped on all the water and human waste in my cell. I called for help, but cos just stood their laughing at me, and flashing their lights at me while I was badly hurt on the floor, and unable to move. Eventually I heard a co yell f--ck it! Call the code!.

Then Lt. Jazmin came in the cell and threatened to mase me in the face if I dared to move, while at the same time telling me to get up. RN Joy, and RN Liz were there doing nothing to help me as I layed on the flooded floor helpless. Then finally they let Lt. Jazmin and other cos drag me through the contaminated water like a rag doll into the hallway. They were being so ruff with me that they almost flipped me out of the bag stretcher when they put me in it. Co Gardiner was intentionally covering completely my face with the plastic sides of the stretcher,but the Nurses didnt tell him to stop and not to do that. Co Gardiner was also pushing with excessive force my hands into my sternum. I could see breifly the rage in his face. RN Liz saw him but didnt say anything to him about it.

I also heard RN Joy and RN Liz say to custody that I was faking. I heard them say this when I was on the floor in the cell. When Lt. Jazmin went in to drag me out.

In the infirmary Lt. Jazmin had the handheld video recorder turned off, and then began to tell me I was faking. And that if I tried to sue him he would press outside charges on me. RN Liz, and RN Joy didnt stop him from aggragating, and verbally abusing me.

5

After I was put back in RHU plumbers came to fix the toilet syste
m again.

I was released from RHU on 1/3/19. In the property room I noticed
that about $800,00 was of my property was stolen. I complained to
the two property officers about it, and after they accused me of
lying about it, they finally looked in the computer and verified
that just a few weeks before my RHU placement I had purchased all
of the stolen property from commissary. They told me to send them
first a written request and after they respond I can file a prop-
erty claim form. Which I did but have not heard back from them ye
t.

Also after a few days after I came back to P unit from RHU, A fri
end informed me that some of my property was stashed by custody i
n the P Unit bubble. So I went to the bubble and asked the office
r who doesnt usually work the block to hand me my property  from
the bubble. And this officer did just that. I received a large po
rtion of legal work that belonged to me, along with one of my
prayer rugs. Obviously the co Harris who gave me the falsified
ticket that put me in RHU, and his partner co Frnce who co-signed
the false ticket stole that property of mine intentionally. That
is a criminal act.

Here are some more of the names of the DOC STAFF who denied me
medical attention, adaquet medical attention, my legal work, lega
l calls, religous property while I was in RHU: And who refused
to address my complaints of the Custody Staff who physically ass-
aulted me: Counselor Grant, Warden Mulligan, RHU Manager Paton,.

NOTE: Paton read my handwritten copy request to him about all of
my issues in RHU, as I gave it to him through my cell 3 door.But
he never helped me at all. Although he knew I was suffering un-
neccesarily, and wrongfully.

Also RHU Grant, Paton, and all staff in RHU DURRING MY TIME THERE
REFUSED TO GIVE ME Grievances But I received Legal Mail from ILAP that had one. So
I used it along with paper from ILAP to file custody and medical grievances in RHU via co Ms.
Ramirez. These greivances complained of everything herein, and then some. But were never answered.
I still exausted my administrative remedies though. Due to being denied greviances and adequate
paper to make hand written copies, I couldnt make them. Also unless proper greviences from custody
are filed, the grevience coordinator will reject them. But RHU stationary video footage does show
me giving the greivances to co Ms. Ramirez.

While in RHU co Gardiner, was tampering with my religous diet, giving me partial meals, and putting
toilet paper in my trays. Co Gardiner along with other custody staff refused to give me clean cloths,
and linen,or clean my cell although I asked them to. I will need to conduct Discovery to secure the
identity of the other custody staff.

6.

Du to all the physical, mental, and emotional pain and suffering I endured in RHJ, I couldnt sleep. My cell smelled horrible giving me headaches. And I had urin, and feces all over my body/skin wich hurt.

I was denied pain meds from several Nurses, Warden Mulligan, Counselor Grant, and RHJ Paton. Ill need to conduct Discovery to identify the names of the other cos and these nurses. Although I did mention them in my initial greviences.

I beat the threats ticket that put me in RHJ wrongfully. But the other two tickets that were a direct result of the threats ticket were not thrown out although they should have been. Due to co Harris, and co France lying intentionally.

BECAUSE of co Harrises wrongful ticket and co Frances wrongfully co signing it, I suffered 17 days in RHJ. I lost my freedom, liberty, access to my physical therapy in the wellness program, and other facili ty program.

Also I was repeatedly called a Fu--ing R apist!" by Lt. Jazmin, co Gardener, Lt.Mihaliak,and other custo dy staff. And due to that, other inmates in RHJ started to yell out that I am a rapist through their cell doors.

Due to the intentionall actions, and intentional inactions of all custody and medical staff mentuioned i n this complaint, They have deprived me of liberty, subjecting me to atypical and significant hardship, They have violated my 8th Amendment Right to be free from Cruel and Unusual Punishment, They have denied me Freedom of Religion under the First Amendment, They have shown Deliberate Indifference to my Serious Medical Needs, They have put me, and kept me in RHJ Confinement wrongfully and continued to punish me thereby, and therein, They have Retaliated against me as usual for Peacefully Fighting For Whats Right, Civil Rights, and Human Rights both Physically, and Orally,They have wrongfully held me detained me in their RHJ under UNCONSTITUTIONAL, AND INHUMANE CONDITIONS. They have Verbally, and Physically Assaulted me and left me to die in a cell all because I made Lagitamate Complaints and Demonstrated a Voice For Peace, Communication, Righteousness, and Love . I TO THEIR DISLIKE SPOKE OUT TO SECURE MY CIVIL,AND MY HUMAN RIGHTS WHILE THEY TORTURED ME. (Defendants (all)) Violated Connecticut Constitution Article First, Section 8 my right to be free from cruel and unusual puntsnment. They have also denied me Access To Courts.,No Legal Calls, and by not sending my Legal Mail out which complained about what they were doing to me in their RHJ. They used EXCESSIVE FORCE ON ME ALSO FOR NO REAL REASON,. They have violated the RLUPA ACT,and Tittle II of the Americans With Disabilities Act, and The 504 Rehabilitation Act.

They have all caused me tremendous physical, mental, and emotional pain and suffering. They Slandered me and Defamed me. They have Discriminated against me due to my being a Disabled Person with many Needs. They have Discriminated against my Buddhist Religious Beliefs.

All defendants mentioned herein are being sued in their official capacitys, and in their individual capacities,for all the above Constitutional Violations in the amount of $200,000 compensatory, and in the amount of $200,000 punitive Damages.

Also all defendants herin are being sued in both their individual, and official capacities for their Statutory Violations, in the amounts of 300,000 Punitive, and in the amount of 300,000 Compensatory Damages.

All Cost of Incarceration Fees.
All Restitution Fees,
All Court Fees.
I Wish to have a Jury Trial also  Your Honor.

    Im also asking for Injunctive Relief to secure the reasonable accomodation of a Handicapped accessible single cell that will secure my safety and security from being harmed by other inmates.And to avoid accidents in the cell due to lack of room for my mobility.

I would like to be reinburst for my stolen property also.

Your Honor on 12/21/18 Inmate Sanchez Jonathan was put in my RHJ CELL, then remove shortly after via , per a LT. because as said LT. Stated, I am A Handicapped Prisoner and so no other Inmate can be in the cell with me.

Your Honor, this was what I told LT. Jazmin co Harris, and co France on 12/17/18. And I also Tried to show them my permission request from ADA Coordinator Hall, to have, choose a compatible cellmate due to my Disabilitys. But they refused to acknowledge it.

The inmate they tried to place in my cell on 12/17/18 told them he had a bottom bunk pass. and I informed them that I had one also . But they didnt care and put him in my cell anyway Jeopradizing my safety, and security.

And because I informed the above mentioned custody staff of the above mentioned, they retaliated against me by saying I made threats, and then with that they wrongfully put me in RHJ.

I have repeatedly requested from custody here that they preserve all VIDEO FOOTAGE VALIDATING MY COMPLAINTS HEREIN. Also a Captain Black came to p/unit to tell me he was preserving it all that I requested.

I will need to conduct Discovery and view all of this footage to identify all custody, and medical staff mentioned in this my complaint. Along with others who are guilty of violating my rights.

Your Honor Im also Humbly asking for the Injunctive Relief of receiving outside hospital medical care to determin if I have any seriou or non serious problemes with my head, back, neck, legs, due to the multiple ASS AULTS BY CUSTODY I SUSTAINED. And also for x-rays, MRI SCANS. And for physical Therapy Regularly,. And for handicapp transportation at all times from DOC whenever Im being transported anywhere out of the prisons. This will protect my safety and security by allowing no _____ ROOM for accidents to occure durring transportation. Thank You Your Honor.

For the first time since 12/17/18 Incidents in RHJ I saw a doctor to talk. However I have not as of yet received any Medical Examinations for the injuries I sustained in RHJ. Nor X-rays. I have been, and continue to be in tremendous pain Your Honor. I need Adequate Medical Attention.

RESPECTFULLY.

violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1.

Please See Attached.

2.

3.

*Revised 4/13/18*

5

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

**E.     REQUEST FOR RELIEF** Please See Attached Statement of Facts.
Tell the court what kind of relief you want.  **Remember**: (1) You can only get money
damages for mental or emotional injury if you were also physically injured; (2) Money
damages may be reduced to pay restitution to victims of your crime and fees for a court-
appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action
to request release from custody, a reduction in your sentence, or a restoration of good
time credits.   For any of these, you must request a Writ of Habeas Corpus.

*Revised 4/13/18*

**F.    DO YOU WISH TO HAVE A JURY TRIAL?   YES __✓__   NO_____**

**G.    DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

Signature: _Rev. Howard W. Cosby_

Signed at _Mcdougal CI_____ on _3_ /_14_ /_19_
                    (Location)                        (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.   **The complaint cannot be filed without a signature from each plaintiff**.

**H.    FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

    1.    Answer all questions on the complaint form.

    2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 4/13/18*



# Request for Reasonable Accommodations
## Connecticut Department of Correction

CN 101902
REV 8/1/14

| Facility/Unit: Mcdougal CI P-11 | Date: 8 – 17 – 18 |
|---|---|

| Inmate name: Rev. Howard Cosby | Inmate number: 233397 |
|---|---|

☐ I do not request reasonable accommodations.

☑ I request the following reasonable accommodation:

Reason for accommodation: *Just entered facility. Have handicapp left LeglFoot, Knees that give out constantly, Arthritis in spine; I currently have bottom bunk pass; I use Cane, Walker, Foot-Drop, Ankle Brace, Circulation Sox, Back Binder, and Knee Braces; And require double mattress, and Handicapp Accessible Single cell, and Handicapp Accessible Shower. Also Handicapp Transportation. I cannot climb any steps in the facility nor on Transport Vehicles. I have Pass for disability Aides at all times, even in RHU. I cannot be cuffed to where I cant use my Aides. I also use orthopedic Shoes, and have a valid Shoe Pass to purchase outside shoes. Also PTSD, and Panick Disorder, High B/P. Use Medr.*

| Inmate signature: Rev. Howard Cosby | Date: 8 – 17 – 18 |
|---|---|

Assisting staff (if necessary):

| Heath Services Unit verification (use established definitions) | Date: |
|---|---|

☐ Agree   ☐ Disagree

Comments:

| Health services staff name: | Title: |
|---|---|

Health services staff signature:

## RETURN THIS FORM TO THE UNIT ADA COORDINATOR

| REASONABLE ACCOMMODATION DETERMINATION | Date: |
|---|---|

The reasonable accommodations requested above have been:

☐ Approved as requested   ☐ Modified (see comments below)   ☐ Denied (see comments below)

Comments:

| Unit Administrator's signature: | Date: |
|---|---|

CC: Federal Judge
Janet C. Hall



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Rev. Howard W. Cosby

Inmate number: 233397

Facility/Unit: Mcdougal CI

Housing unit: RHU 3 Cell

Date: 12-22-18

Submitted to: FOI Liason

Request: Kindly preserve for my use (all) the P-Pod Stationary Video Footage on 12-18-18 from 6pm to 9:30pm. Also (all) the P-Pod Hallway and Greenmile Hallway Stationary Video Footage on 12-18-18 from 6pm to 10pm. Also all the Halway Stationary Video Footage Outside of RHU showing me being wheeled to RHV on 12-18-18 from 6:30pm to 7:30pm. Also all RHU Stationary Video Footage on 12-18-18 from 6:00pm Straight through to 12-23-18 to 12:00 midnight. Also all Infirmery Stationary Video Footage on 12-18-18 from 7pm to (through) 12-19-18 at 12:00 midnight. Also the Infirmery (Room) in which I was put on 12-18-18 from 7pm through to 12-19-18 5:00pm. Also all HandHeld Video Footage of me on 12-18-18 from 6pm through to 12-19-18 at 12:00 midnight. Also the HandHeld Video Footage from 12-20-18 of Custody putting Inmate

*Video Footage*

continue on back if necessary

over →

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

PG. 8.

Baily Ryan in my RHU Cell and then removing him the same night.
I am on that HandHeld Video footage

Also the HandHeld Video Footage from 12-21-18 of custody putting
Inmate Sanchez, Jonathan in my RHU Cell. & I'm on that HandHeld
Video Footage.

Also the HandHeld Video footage from the early morning of
12-22-18 showing Custody removing Sanchez, Jonathan from my
RHU Cell.

Also all mcdougal CI Halway and Medical Unit Stationary Video
Footage from 12-18-18 at 6:30 pm — 10pm showing me being wheeled
from RHU to Medical for x-rays of ⓁFoot, and being wheeled
back to my RHU Cell.

Also all RHU, and mcdougal CI Halway stationary Video Footage
of me being Transported to medical on a stretcher and along
with the totality of medical Unit stationary Video footage from
12-18-18 at 7pm — through to 12-19-18 at 6pm.

All the above Requested ( Pertinent Video Footage ) shows a large number of
Criminal, and Constitutional Violations against my person by Mcdougal
CI Employees. And an even larger number of supporting details.
And Human Rights Violations.

P G- 9.

COPY

12-27-18

233397

RHU 3 - Cell

Rev. Howard W. Cosby
Mcdougal CI

TO: FOI Liason.

Kindly Preserve for my use all RHU stationary video footage from 12-23-18 at 1:00am straight through to 12-28-18 at 12:00 midnight. Also all Kitchen stationary video footage (where) (when) my food was handled from 4:00am on 12-20-18 through to 6:00pm on 12-27-18. Also all Medical Unit Infirmery and Hallway's stationary video footage from 12-27-18 at 4pm through to 11pm. And Also all handheld video footage of me from the night of 12-27-18.

Many (Abuses To me) & Corresponding Details are contained in the above requested video preservations.
Custody says RHU has no regular Request forms left - Thus this blank paper.

(14.)

cc: Attorney John T. Butcher    + cc: Fed Judge Janet C. Hall
cc: ADA Administration    + FFDA

**Inmate Request Form**
CN 9601
REV 1/31/09

**Connecticut Department of Correction**

HANDWRITTEN COPY

| | |
|---|---|
| Inmate name: Rev. Howard Cosby | Inmate number: 233397 |

| | | |
|---|---|---|
| Facility/Unit: mcdougel C.I. | Housing unit: RHU 3 cell | Date: 12-20-18 |

Submitted to: Counselor Grant

Request: Im requesting medical Attention. last night Lt. hit me in head with my walker. ② I need ILAP call ASAP. ③ I need handicapp cell and shower ④ I need to see ADA Cup. Hall. ⑤ I need all my legal Work, Notes, books, pens, paper, envelopes, as im in the middle of legal Litigations. ⑥ I need my prayer rugs, Rosary beads, Religious books, Notes study Materials as im a buddhist practitioner and there are no buddhist Chaplains & services for me ⑦ I need my knee braces, Ankle brace, Compression Sox, Orthopedic Shoes, shoe laces for my sneakers to support my disabled left foot, and right sprained foot. ⑧ I badly injured my head, back, Ankles in a fall last night but wasn't given head or back X-Rays nor examined by a Dr. I need

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):                    Title:

Action taken and/or response:

continue on back if necessary

Staff signature:                              Date:

these x-rays and an examination by a Doctor. Im in pain, and I need pain meds. Im barely mobile. Im suffering unnecesarily. I have God Given, and legal Right to the above mentioned things and Adequate Medical Care. ⑩ I also need my back binder. ⑪ 6 Level 1 Grievances, 6 Level 2 Grievances, 8 Request Regular, 2 Special Requests, 4 Reasonable Accomodations Requests. ⑫ And I need to see mental Health. Im realy stressed. Im on meds for PTSD, Panick Attacks, and High Blood Pressure.

Kindly Notify (RHU Unit manager) of these requests. Im out of requests and Custody says you have to provide me with all of the above.

Thanks in advance I need Ice for Sprained Ankle I need my wheelchair Also.

Also I need my urinal, and my Diappers please Also Call medical for me about my needs. And for Adequate medical Care, and ADA Coordinator Hall. And MHU.

11.



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Rev. Howard W. Cosby

Inmate number: 233397

Facility/Unit: Mcdougal C I

Housing unit: RHU

Date: 12/31/18

Submitted to: Warden Mulligan,

Request: I've endured countless abuses by Custody & Medical since my placement in RHU on 12-18-18. I've requested help from everyone I could, including you preciously. But to no avail. I've even submitted a number of grievances previously but to no avail.

Kindly look into this? & see to it please that i recieve all my Disability Aides, Handicapp Accessible Showers & Single Cells, X-Rays for my Injurys Head & Back, Pain Meds, Adequate medical Care, An Actual Doctor's Examination & Diagnosis, My Legal & Religious Property, Legal Calls, Grievances, Envelopes, & My full Religious meals. I'm suffering, please Help?

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:

Date:

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Rev. Howard W. Cosby

Inmate number: 233397

Facility/Unit: mcdougal CF

Housing unit: RHU 3 cell

Date: 12-20-18

Submitted to: WARDEN mulligan

Request:

Sir I was sent to RHU Unjustly on 12-18-18. I've been denied my Disability Aides, handicapp shower & cell, Legal & Religious Property, was intured in a fall and have recieved no head, or back x-Rays, no Doctor examination, no pain meds or Adequate medical Care, No Legal Calls, I was Assaulted by Custody several times. Ive reported all this and more, but to no Avail.

PLEASE HELP ME?

Im Suffering in UNbearable Pain Sir.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: _Rev. Howard W. Cosby_     Inmate number: 233397

Facility/Unit: _Mcdoudal CI_     Housing unit: _P - 15_     Date: _1-28-19_

IGP number:     T number:

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: _On 12-20-18 I filed a Level one Grievance from RHU, but I recieved no response._

_Involving Medical Abuse._

Inmate signature: _Rev. Howard W. Cosby_     Date: _1-28-19_

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received:     Disposition:     Date of disposition:

Reasons:

Level 2 reviewer:

☐  This grievance may be appealed within 5 days to Level 3.

☐  You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:     Date:

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:     Disposition:     Date of disposition:

Reasons:

Level 3 reviewer:

## Inmate Grievance Appeal Form - Levels 2/3
### Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: Rev. Howard W. Cosby

Inmate number: 233397

Facility/Unit: Mcdougal CI

Housing unit: D - 15

Date: 1 - 28 - 19

IGP number:

T number:

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: On 12-20-18 I Filed a Level one Grievance From RHU, but I recieved no response.

Involving Abuse by Custody.

Inmate signature: Rev. Howard W. Cosby

Date: 1 - 28 -19

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received:

Disposition:

Date of disposition:

Reasons:

Level 2 reviewer:

| | |
|---|---|
| ☐ | This grievance may be appealed within 5 days to Level 3. |
| ☐ | You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered. |

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:

Date:

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:

Disposition:

Date of disposition:

Reasons:

Level 3 reviewer:

HANDWRITTEN COPY



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Rev. Howard W. Cosby | Inmate number: 233397 |

Facility/Unit: Mcdougal C I    Housing unit: P-15    Date: 1-7-19

Submitted to: Property Officers

**Request:**

As previously discussed, before I can submit a Property Claim form, I must send you this Request. When we spoke, you said you'd call me today. I Look forward to resolving this issue.

Thanks In Advance

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

**Action taken and/or response:**

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

## City Of Hartford BIRTH RECORD APPLICATION

City of Hartford – Bureau of Vital Records, 550 Main Street, Room 103, Hartford, CT 06103 – Tel. 860 757-9690

| | SUBJECT'S FIRST NAME | | | SUBJECT'S MIDDLE NAME | SUBJECT'S LAST NAME (MAIDEN NAME) |
|---|---|---|---|---|---|
| **BIIRTH RECORD** | | | | | |
| | BIRTH MONTH | BIRTH DAY | BIRTH YEAR | PLACE OF BIRTH (CITY / TOWN) | NAME OF HOSPITAL |
| | | | | | |
| | MOTHER'S FIRST NAME | | | MOTHER'S MIDDLE NAME | MOTHER'S MAIDEN NAME |
| | | | | | |
| | FATHER'S FIRST NAME | | | FATHER'S MIDDLE NAME | FATHER'S LAST NAME |
| | | | | | |

## NO PERSONAL CHECKS - MONEY ORDERS ONLY

Please Indicate The Size Of Birth Record:

☐ ____ $20.00 LONG FORM (FULL SIZE)...................................... ☐ ____ $2.00 LARGE PLASTIC COVER

☐ ____ $15.00 WALLET CERTIFICATION ..................................... ☐ ____ $1.00 SMALL PLASTIC COVER

I AM THE:

☐ Subject

☐ Grandparent Of The Subject
   (Must Present Child's Birth Record)

☐ Child Of The Subject
   (Must Present Own Birth Record)

☐ An Attorney (Must Present Legal Documentation)

☐ Parent Of The Subject

☐ Spouse Of The Subject
   (Must Present Certified Marriage Certificate)

☐ Grandchild Of The Subject
   (Must Present Own Birth Record & Parent Birth Record)

☐ Legal Custodian, Guardian Or Conservator (Must Present Legal Documents)

### REQUIREMENTS

Photo Identification (Driver's License, Non-Driver Motor Vehicle ID, Passport, Etc.)

If Photo ID Underline Then Include Original Or Photo Copies Of Any **Two** (2) Of The Following:

- Social Security Card
- Auto Registration
- Voter Registration Card

- Written Verification Of Id From Employer
- Copy Of Utility Bill Showing Name And Address
- Checking Account Deposit Slip Stating Name And Address

Please note: All of the above requirements are mandated by State Statutes

This will get you the wallet size Birth Certificate only !

### * * * * MUST BE COMPLETED BY APPLICANT * * * *

| | REQUESTER'S FIRST NAME | REQUESTER'S MIDDLE NAME | REQUESTER'S LAST NAME |
|---|---|---|---|
| **PERSON MAKING REQUEST** | ► | ► | ► |
| | STREET ADDRESS | | |
| | ► | | |
| | CITY | STATE | ZIP CODE |
| | ► | ► | ► |

I DECLARE UNDER PENALTIES OF FALSE STATEMENT THAT THE ABOVE STATEMENTS AND INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____          _____
Applicant's Signature                                          Today's Date

# SOLICITUD PARA UNA COPIA CERTIFICADA DE ACTA DE NACIMIENTO

City of Hartford - Bureau of Vital Records, 550 Main Street, Room 103, Hartford, CT 06103 – Tel. 860-757-9690

| INFORMACION DEL SUJETO | PRIMER NOMBRE | | SEGUNDO NOMBRE | APELLIDO |
|---|---|---|---|---|
| | FECHA DE NACIMIENTO<br>MES — DIA — AÑO | | CIUDAD<br>PUEBLO | NOMBRE DEL<br>HOSPITAL |
| | PRIMER NOMBRE DE LA MADRE | | SEGUNDO NOMBRE DE LA MADRE | APELLIDO DE SOLTERA DE LA MADRE |
| | PRIMER NOMBRE DEL PADRE | | SEGUNDO NOMBRE DEL PADRE | APELLIDO DEL PADRE |

## NO SE ACEPTAN CHEQUES PERSONALES. SÓLO SE ACEPTA GIRO POSTAL

Por Favor Indique El Tamaño:

☐ ___ $20.00 TAMAÑO COMPLETO ........................ ☐ ___ $2.00 PROTECTOR PARA CERTIFICADO GRANDE

☐ ___ $15.00 TAMAÑO CARTERRA ........................ ☐ ___ $1.00 PROTECTOR PARA CERTIFICADO PEQUEÑO

YO SOY:

☐ SUJETO        ☐ PADRE/MADRE DEL SUJETO

☐ ABUELO
(Debe Presentar Prueba – Certificado de Nacimiento de Hijo/Hija)

☐ ESPOSO/ESPOSA DEL SUJETO
Debe Presentar El Certificado De Matrimonio)

☐ HIJO/HIJA Del Sujeto (Debe presentar Su Certificado De Nacimiento)

☐ NIETO DEL SUJETO
(Debe Presentar Su Certificado De Nacimiento y tambiel el de Su Padre/Madre)

☐ ABOGADO (Debe presentar documentos legales)

☐ GUADIAN LEGAL o CONSERVADOR
(Debe Presentar Documentos Legales)

## REQUIRIMIENTO

Identificacion Valida (Licencia De Conducir, Pasaporte, Identification del Departamento De Vehiculos De Motor, Etc.)

Si No Tiene Una Foto Identificacion, Tendra que mostrar **2 copias o originales** de los siguentes documentos:

- Tarjeta De Seguro Social
- Registracion de Automobil con Su Nombre & Direccion
- Tarjeta De Votar

- Carta De Empleo Verificando Su Identification
- Copia de Cuentas de Utilidades (Gas, Electricidad, Telefono, etc.)
- Hoja De Deposito De Cuenta Chequera Con Nombre & Direccion

Con estos docúmentos solamente puedes solicitarel certificado tamaño carterra !

| PERSONA SOLICITANDO CERTIFICADO | PRIMER NOMBRE | SEGUNDO NOMBRE | APELLIDO |
|---|---|---|---|
| | ▶ | ▶ | ▶ |
| DOMICILIO (NUMERO & CALLE) | | | |
| ▶ | | | |
| PUEBLO/CIUDAD | ESTADO | CODIGO POSTAL | |
| ▶ | ▶ | ▶ | |

FIRMANDO DEBAJO, YO HE LEIDO Y TENGO ENTENDIDO QUE HAY PENALIDADES POR OBTENER UN CERTIFICADO CON INTENSION DE FRAUDE.

FIRMA DE LA PERSONA QUE HACE LA SOLICITUD        FECHA DE HOY

**CITY OF HARTFORD**
**BUREAU OF VITAL RECORDS**
**550 MAIN STREET #103**
**HARTFORD, CT 06103**

Date: S-S-17

**A.** **We have received your request for a copy of a:**

_____ Birth Certificate                          $20.00 Each Certified Copy
_____ Marriage Certificate                    $20.00 Each Certified Copy
_____ Death Certificate                         $20.00 Each Certified Copy
_____ Wallet Size Birth Certificate         $15.00 Each Certified Copy

**B.** **We are unable to process this request for the reason(s) checked below:**

_____ Insufficient Funds - Make Money Orders payable to the City of Hartford.

_____ insufficient Information - Kindly fill in the enclosed form and return to the City of Hartford

_____ Please enclose a money order for $15.00 (wallet size) or $20.00 (full size) per certified copy

_____ Please include a copy of a proper identification of yourself (i.e., Drivers License, Non-drivers State ID, Employee ID, etc)

If unavailable then include original or photo copies of any two of the following:
**You will receive wallet size only!!**
* Social security card                          * Written verification of id from employer
* Auto registration                              * copy of utility bill showing name and address
* votor registration card                      * checking account deposit slip stating name and address

_____ We have searched our files and did not find the record you requested. If the birth, marriage, or death occurred in a town other than Hartford, direct your request to the Registrar of Vital Records in (that) town, OR to the **State Vital Records Office at 410 Capitol Ave., MS#11VRS, P.O. BOX 340308, Htfd, CT 06134-0308 The State Vital Records phone number is 860-509-7897**

_____ The record of your birth has been filed without a first or middle name. Please send in the following:
* A Certified Baptism Certificate
* A First Grade School Record
* A Court Order from the Probate Court in Town (A legal Name Change)
**RECORDS CANNOT BE RELEASED WITHOUT A COMPLETE NAME**

**C** We are returning your fee of $_____

**D.** Genealogical research is open to those members of a legally incorporated genealogical society. **Members may call (860) 757-9630 for an appointment to review Hartford's collection which dates back to 1852**

**E.**

**PLEASE NOTE THE FOLLOWING:**

CERTIFIED COPIES OF BIRTH CERTIFICATES ARE ONLY AVAILABLE TO THE PERSON WHOSE BIRTH FILE IT IS, IF 18 YEARS OF AGE OR OLDER. THE PARENTS, AN ATTORNEY REPRESENTING SAID PERSON, OR A LEGALLY APPOINTED GUARDIAN MAY ALSO OBTAIN A COPY. PROOF OF GUARDIANSHIP IS REQUIRED. SPOUSES ARE ENTITLED TO PURCHASE THE FULL OR WALLET SIZE BIRTH CERTIFICATES.
MARRIAGE AND DEATH CERTIFICATES ARE PUBLIC DOCUMENTS.
OFFICE HOURS ARE 8:15 am TO 4:45 PM MONDAY THRU FRIDAY, EXCEPT HOLIDAYS
IF YOU HAVE ANY FURTHER QUESTIONS, PLEASE CALL US AT (860) 757-9690

**STATEMENT OF SERVICE — (DELIVERY)**
**SMALL CLAIMS**

JD-CV-123 New 1-11

### Instructions

*Fill out 1 form for each defendant. Attach all documents that show how the Small Claims Writ and Notice of Suit and related documents were served on (delivered to) the defendant, and check the box below that applies. Keep all receipts that show how much you paid to have the Small Claims Writ and Notice of Suit and related documents served on (delivered to) the defendant.*

For service on *(delivery to)* the Defendant:

_____

*(Write name of Defendant)*

The attached Small Claims Writ and Notice of Suit with related documents, if any, were served on *(delivered to)* the defendant named above by:

**(Check the box that applies)**

1.) ☐ priority mail with delivery confirmation; delivery confirmation is attached. I paid $ _____ for this, or

2.) ☐ certified mail, return receipt requested; signed return receipt is attached. I paid $ _____ for this, or

3.) ☐ a nationally recognized courier service providing delivery confirmation; tracking information showing delivery is attached. I paid $ _____ for this, or

4.) ☐ a proper officer in the manner in which a writ of summons is served in a civil action; officer's return of service filed with the court.

_____

Signature of Plaintiff or Plaintiff's Representative

*(Check one)*

☐ Plaintiff   ☐ Plaintiff's representative

| Type or print name of signer | Date |
|---|---|
|  |  |

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.